AO 458 (Rev. 10/95)   Appearance

E-FILED
Monday, 19 November, 2007   02:32:14 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT

DISTRICT OF

**APPEARANCE**

Case Number:

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

I certify that I am admitted to practice in this court.

Date

Signature

Print Name                                                                 Bar Number

Address

City                              State                       Zip Code

Phone Number                                                          Fax Number