E-FILED
Monday, 19 November, 2007  02:36:35 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| PAMELA McTAGGART, | ) |
| | ) |
|     Plaintiff, | )   Case No. 2:07-cv-02159-HAB-DGB |
| | ) |
| v. | )   Judge Harold A. Baker |
| | ) |
| IROQUOIS MEMORIAL HOSPITAL, | )   Magistrate Judge David G. Bernthal |
| | ) |
|     Defendant. | ) |

### CERTIFICATE OF INTEREST

The undersigned, counsel of record for defendant Iroquois Memorial Hospital furnishes the following certificate of interest in compliance with Rule 11.3 of this Court:

(1)    The full name of every party or amicus the attorney represents in the case:

Iroquois Memorial Hospital.

(2)    If the party or amicus is a corporation:

    (a)    Identify all its parent corporations, if any; and

    None.  Iroquois Memorial Hospital has no parent corporation.

    (b)    A list of corporate stockholders which are publicly held companies owning 10 percent or more of the stock of the party or amicus if it is a publicly held company.

    Not applicable.  Iroquois Memorial Hospital is a not-for-profit corporation.

(3)    The name of all law firms whose partners or associates appear for a party or are expected to appear for the party in the case.

Seyfarth Shaw LLP.

2

Respectfully submitted,

IROQUOIS MEMORIAL HOSPITAL


By: _____s/ Ian Morrison_____
                    One of Its Attorneys

Ian Morrison (lead counsel)
Molly Eastman
SEYFARTH SHAW LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois  60603-5577
(312) 460-5000

Dated:  November 19, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2007, I electronically filed the foregoing **CERTIFICATE OF INTEREST** with the Clerk of the Court using the ECF system which will send e-mail notification of such filing to the following:

> Ronald E. Boyer
> RONALD E. BOYER, P.C.
> 600 East Walnut Street
> Post Office Box 116
> Watseka, Illinois  60970

                                                                      s/ Ian Morrison
                                                                         Ian Morrison