E-FILED
Tuesday, 27 November, 2007  09:10:43 AM
Clerk, U.S. District Court, ILCD

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2007, I electronically filed a **NOTICE OF APPEARANCE OF ATTORNEY** (Doc. # 5) with the Clerk of the Court using the ECF system, which sent e-mail notification of that filing to the following:

Ronald E. Boyer
RONALD E. BOYER, P.C.
600 East Walnut Street
Post Office Box 116
Watseka, Illinois  60970
Email: ron@lawyerboyer.com

_____s/ Molly Eastman_____
Molly Eastman (IL 6282796)
Attorney for Defendant
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Fax: (312) 460-7000
E-mail: meastman@seyfarth.com

CH1 11362662.1