E-FILED
Wednesday, 12 December, 2007  04:46:16 PM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
## URBANA DIVISION

| | |
|---|---|
| PAMELA McTAGGART, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>IROQUOIS MEMORIAL HOSPITAL, )<br>)<br>Defendant. ) | Case No. 2:07-cv-02159-HAB-DGB<br><br>Judge Harold A. Baker<br><br>Magistrate Judge David G. Bernthal |

### UNOPPOSED MOTION TO CONTINUE RULE 16 SCHEDULING CONFERENCE

Defendant Iroquois Memorial Hospital, by and through its attorneys, hereby moves the Court to continue the FED. R. CIV. P. 16 scheduling conference to January 24, 2008 (afternoon only), January 29, 2008 (morning only), or January 31, 2008 (any time). In support of its motion, Defendant states as follows:

1. On November 27, 2007, this Court entered an Order setting the FED. R. CIV. P. 16 scheduling conference in this matter for January 25, 2008 at 1:30 p.m.

2. Due to a prior-scheduled series of business meetings that cannot be rescheduled, lead counsel for defendant is unable to attend the scheduling conference.

3. Counsel for the parties have conferred and determined that they are both available to appear for the FED. R. CIV. P. 16 scheduling conference on the following dates and times: January 24, 2008 (afternoon only), January 29, 2008 (morning only), or January 31, 2008 (any time).

4. Defendant respectfully requests that the Court continue the FED. R. CIV. P. 16 scheduling conference to one of the dates and times listed in paragraph three above.

5. Counsel for defendant has conferred with counsel for plaintiff, and counsel for plaintiff does not oppose this motion.

Respectfully submitted,

IROQUOIS MEMORIAL HOSPITAL

By: _____s/ Molly Eastman_____
Ian Morrison (IL 6231153)
Molly Eastman (IL 6282796)
Attorneys for Defendant
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Fax: (312) 460-7000
E-mail: imorrison@seyfarth.com
meastman@seyfarth.com

Dated:  December 12, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2007, I electronically filed the foregoing **UNOPPOSED MOTION TO CONTINUE RULE 16 SCHEDULING CONFERENCE** with the Clerk of the Court using the ECF system which will send e-mail notification of such filing to the following:

Ronald E. Boyer
RONALD E. BOYER, P.C.
600 East Walnut Street
Post Office Box 116
Watseka, Illinois  60970
Email: ron@lawyerboyer.com

_____s/ Molly Eastman_____
Molly Eastman (IL 6282796)
Attorney for Defendant
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Fax: (312) 460-7000
E-mail: meastman@seyfarth.com

CH1 11376960.1