UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| PAMELA McTAGGART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 07-2159 |
| | ) |
| IROQUOIS MEMORIAL HOSPITAL, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S CERTIFICATE OF COMPLIANCE

The undersigned attorney hereby certifies that the foregoing **Plaintiff's Initial Disclosures Pursuant to FRCP Rule 26(a)(1)** were served upon the attorneys of record of all parties to the above cause by enclosing the same in an envelope addressed to such attorneys at their business address as disclosed by the pleadings of record herein, with postage fully prepaid, and by depositing said envelope in a U.S. Post Office Box in Watseka, Illinois, on this 7th day of January, 2008. Copies were sent to:

Mr. Ian Morrison
Ms. Molly Eastman
Seyfarth Shaw LLP
131 South Dearborn St., Ste. 2400
Chicago, IL 60603
meastman@seyfarth.com

As requested by the Federal Court of the Central District of Illinois, the original of said **Plaintiff's Initial Disclosures Pursuant to FRCP Rule 26(a)(1)** were not filed

1

with the Clerk; this Certificate is hereby filed electronically with the Clerk disclosing that copies were served as stated therein.

          Respectfully submitted,

          _s/Ronald E. Boyer_____
          RONALD E. BOYER
          Atty.Reg. #268194
          RONALD E. BOYER, P.C.
          600 E. Walnut Street
          P.O. Box 116
          Watseka, IL 60970
          (815) 432-6101
          FAX (815) 432-4773
          ron@lawyerboyer.com

          COUNSEL FOR PLAINTIFF
          PAMELA McTAGGART