E-FILED
Thursday, 10 January, 2008  11:00:45 AM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| PAMELA McTAGGART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) NO. 07-2159 |
| | ) REPORT OF RULE 26(f) |
| | ) PLANNING MEETING |
| IROQUOIS MEMORIAL HOSPITAL, | ) |
| | ) |
| Defendant. | ) |

### REPORT OF RULE 26(f) PLANNING MEETING

Plaintiff, being represented by Ronald E. Boyer of Ronald E. Boyer, P.C., and Defendant, being represented by Molly Eastman of Seyfarth Shaw, LLP, and also Ian Morrison of Seyfarth Shaw, LLP; counsel met on January 10, 2008 for the purpose of formulating a proposed discovery calendar for consideration by the Court.  The following are dates which counsel have agreed upon:

1. Pursuant to this Court's Order, the parties will exchange initial disclosures by January 10, 2008.

2. The deadline for amendment of pleadings is March 3, 2008.

3. The deadline for joining additional parties is March 3, 2008.

4. Plaintiff shall disclose experts and provide experts' reports by July 1, 2008.  Plaintiff shall make any such experts available for deposition by August 4, 2008.

5. Defendant shall disclose experts and provide experts' reports by September 2, 2008.  Defendant shall make any such experts available for deposition by October 1, 2008.

6. Discovery shall be modified as follows: not applicable.

7. All discovery, including depositions of experts, is to be completed by November 3, 2008.

8. The deadline for file case dispositive motions shall be November 17, 2008.

                      PAMELA McTAGGART, Plaintiff,

By: _s/Ronald E. Boyer_____
Ronald E. Boyer, Atty. Reg. #268194
Attorney for Plaintiff
RONALD E. BOYER, P.C.
600 E. Walnut St.
P.O. Box 116
Watseka, IL 60970
Phone: (815) 432-6101
Fax:   (815) 432-4773
e-mail: ron@lawyerboyer.com

                      IROQUOIS MEMORIAL HOSPITAL, Defendant,

By: _s/Molly Eastman_____
Ms. Molly Eastman
Seyfarth Shaw LLP
131 South Dearborn St., Ste. 2400
Chicago, IL 60603
meastman@seyfarth.com