# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS
# URBANA DIVISION

| | |
|---|---|
| PAMELA McTAGGART, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:07-cv-02159-HAB-DGB |
| ) | |
| v. ) | Judge Harold A. Baker |
| ) | |
| IROQUOIS MEMORIAL HOSPITAL, ) | Magistrate Judge David G. Bernthal |
| ) | |
| Defendant. ) | |

## CERTIFICATE OF COMPLIANCE

The undersigned attorney hereby certifies that she caused to be served upon the following counsel of record a true and correct copy of **Defendant's Rule 26(a)(1) Initial Disclosures** by facsimile and first class mail, postage prepaid, from 131 South Dearborn Street, Suite 2400, Chicago, Illinois 60603 on this 10th day of January 2008:

Ronald E. Boyer
RONALD E. BOYER, P.C.
600 East Walnut Street
Post Office Box 116
Watseka, Illinois  60970
Email: ron@lawyerboyer.com

CH1 11390633.1

                    Respectfully submitted,

                    _____s/ Molly Eastman_____
                    Ian Morrison (IL 6231153)
                    Molly Eastman (IL 6282796)
                    Attorneys for Defendant
                    Seyfarth Shaw LLP
                    131 South Dearborn Street, Suite 2400
                    Chicago, Illinois 60603
                    Telephone: (312) 460-5000
                    Fax: (312) 460-7000
                    E-mail: imorrison@sefyarth.com
                            meastman@seyfarth.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 10, 2008, I electronically filed the foregoing **CERTIFICATE OF COMPLIANCE** with the Clerk of the Court using the ECF system which will send e-mail notification of such filing to the following:

Ronald E. Boyer
RONALD E. BOYER, P.C.
600 East Walnut Street
Post Office Box 116
Watseka, Illinois 60970
Email: ron@lawyerboyer.com

_____s/ Molly Eastman_____
Molly Eastman (IL 6282796)
Attorney for Defendant
Seyfarth Shaw LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Fax: (312) 460-7000
E-mail: meastman@seyfarth.com

CH1 11390633.1