UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| PAMELA McTAGGART, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )    07-2159 |
| | ) |
| IROQUOIS MEMORIAL HOSPITAL, | ) |
| | ) |
| Defendant. | ) |

CASE MANAGEMENT ORDER #1

This case is before the court pursuant to Fed. R. Civ. P. 16. The plaintiff appeared through Ronald E. Boyer, Esq. The defendant appeared through Ian Morrison, Esq.

The parties have submitted a proposed scheduling and discovery plan. The court adopts the plan, amended and supplemented as follows:

1. The parties shall have until March 3, 2008, to amend the pleadings or join additional parties.

2. The plaintiff shall identify expert witnesses and provide Rule 26 expert reports by July 1, 2008. The plaintiff's experts shall be deposed by August 4, 2008. The defendant shall identify expert witnesses and provide Rule 26 expert reports by September 2, 2008. The defendant's experts shall be deposed by October 1, 2008.

3. All discovery, including expert discovery, shall be completed by October 1, 2008.

4. Dispositive motions shall be filed no later than October 22, 2008. Responses and replies shall be filed in accordance with this court's Local Rules.

5. A final pretrial conference is scheduled for January 15, 2009, at 1:30 p.m. by personal appearance.

6. Jury selection and jury trial are scheduled to begin on January 26, 2009, at 9:00 a.m. before the court sitting in Urbana, Illinois.

7. A status conference will be held on April 18, 2008, at 1:30 p.m. by telephone conference call. The court will initiate the call.

Enter this 24th of January, 2008.

                    **s\Harold A. Baker**
                    _____
                        HAROLD A. BAKER
                    UNITED STATES DISTRICT JUDGE